**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, : | No. 608 MAL 2014 |
| : | |
| Respondent : | |
| : | Petition for Allowance of Appeal from the |
| : | Order of the Superior Court |
| v. : | |
| : | |
| : | |
| : | |
| BRANDON MICHAEL RAMSEY, : | |
| : | |
| Petitioner : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 23rd day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.